UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN A. WALSH,

       Plaintiff,               Case No. 1:17–cv–00804–GJQ–RSK

   v.

PHILLIPS PET FOOD AND SUPPLIES,

      Defendant.

_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Jessica Pask

RE:  Reply to Response to Motion (ECF No. 20)

REASON FOR NOTICE:   The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:   None.

INFORMATION FOR FUTURE REFERENCE:   Local Civil Rule 5.7(e) requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e–mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                             CLERK OF COURT

Dated:  October 4, 2018     By:   /s/ C. Wenners_____
                                 Deputy Clerk